IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NOEL VANLANDINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Act. No. 1:19cv500-ECM |
| ) | (wo) |
| THE CITY OF ABBEVILLE, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Magistrate Judge who mediated this matter has reported that a settlement has been reached. Accordingly, it is ORDERED this action is DISMISSED WITH PREJUDICE.

Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order.

Costs are taxed as paid.

Done this 5th day of November, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE